IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN D. ASCANI, HIDDEN LAKE ASSOCIATION, UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE,<br><br>Defendants. | Case No. 1:23-cv-181 |

**DEFENDANT UNITED STATES' NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441, 1442, 1444, and 1446, the defendant United States of America (named and sued as "United States of America, Department of the Treasury – Internal Revenue Service") hereby removes this action from the Cheshire Superior Court of the Judicial Branch of the State of New Hampshire to the United States District Court for the District of New Hampshire.

The case comes within § 1441 to the extent that this civil case presents a federal question.

The case comes within § 1442(a)(1) because it is a civil action that was commenced in a State court and that is against the United States or any agency thereof.

The case also comes within § 1444 because it is an action brought under 28 U.S.C. § 2410 against the United States in State court. *See* § 2410(a)(5) (waiving sovereign immunity to sue the United States in interpleader actions).

In accordance with § 1446(a), copies of all process, pleadings, and orders served on the United States in this action, as of the date of this Notice of Removal, are attached.

This Notice of Removal is timely under § 1446(b).

The United States will provide the Cheshire Superior Court and all other parties with prompt written notice of the filing of this Notice of Removal, as required by § 1446(d).

    Respectfully submitted,

    DAVID A. HUBBERT
    Deputy Assistant Attorney General
    U.S. Department of Justice, Tax Division

    /s/ Isabelle Dietz
    ISABELLE DIETZ
    Trial Attorney, Tax Division
    U.S. Department of Justice
    P.O. Box 55, Ben Franklin Station
    Washington, D.C. 20044
    (202) 514-3714/Fax: (202) 514-5238
    Isabelle.Dietz@usdoj.gov

<u>Certificate of Service</u>

I certify that on March 9, 2023, I served the foregoing Defendant United States' Notice of Removal on the following recipients via U.S. mail:

Jeffrey J. Hardiman, Esq.
*Counsel for Plaintiff Federal National Mortgage Association*
Brock & Scott, PLLC
1080 Main St., Suite 200
Pawtucket, RI 02960

Steven D. Ascani
39 River Street
Jaffrey, NH 03452

Hidden Lake Association
P.O. Box 224
Stoddard, NH 03464

<u>/s/ Isabelle Dietz</u>
ISABELLE DIETZ
U.S. Department of Justice, Tax Division