UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br>           Plaintiff,<br><br>v.<br><br>STEVEN D. ASCANI, HIDDEN LAKE ASSOCIATION,<br>UNITED STATES OF AMERICA, DEPARTMENT`<br>OF THE TREASURY – INTERNAL REVENUE<br>SERVICE,<br>           Defendants | Case No. 1:23-cv-181-AJ |

## AGREEMENT FOR JUDGMENT

It is hereby stipulated and agreed between and among Plaintiff Federal National Mortgage Association ("Fannie Mae") and Defendants Steven D. Ascani and the United States of America, Department of The Treasury – Internal Revenue Service, (for purposes of this stipulation, the "parties") that a judgment may be entered in this interpleader action as follows:

1. Defendant Hidden Lake Association has not answered and has been defaulted by the Clerk of the Court.

2. As of the date of this filing, Hidden Lake Association has not appeared to vacate its default.

3. Defendant Hidden Lake Association is not a person and thus cannot be a minor, incompetent, or in the military service of the United States.

4. Pursuant to Fed. R. Civ. P. 55(b), default judgment should be entered against Defendant Hidden Lake Association, and it should not receive any distribution from the interplead funds.

5. To date, Defendant Steven D. Ascani and the Defendant United States are the only defendants who have appeared in this case to claim a share of the interplead funds.

6. Plaintiff Fannie Mae was the holder by assignment of a mortgage given by Steven D. Ascani on March 21, 2007, to MERS as nominee for First Magnus Financial Corporation ("the Mortgage"). The Mortgage encumbered the property located at 39 River Street, Jaffrey, New Hampshire ("the Property") and was recorded in the Cheshire County Registry of Deeds in Book 2422, Page 753 and assigned to Fannie Mae in Book 3055, Page 1168.

7. On April 22, 2022, Fannie Mae held a foreclosure sale of the Property, resulting in a surplus of $80,036.40 ("the Surplus"). The Surplus was deposited with the Clerk of the Court. *See* ECF No. 11.

8. Plaintiff's counsel is to be paid $3,483.96 from the Surplus for their fees and costs in this action.

9. The Defendant United States shall be paid $22,730.45, plus interest under the Internal Revenue Code from and after September 21, 2023, if received by the United States after that date, from the Surplus as a payment towards the debts associated with the federal tax liens for unpaid tax liabilities of Steven D. Ascani in regard to the tax periods ending December 31, 2012, 2013, 2014, 2016, 2017, 2018, 2019, 2020, and 2021. Any check to the United States should be made payable to the "U.S. Department of Justice" with "Ascani—2023100452" in the memo line, and mailed to the United States via U.S. Mail to this address: U.S. Department of Justice, Tax Division FLU, Post Office Box 310, Washington, D.C. 20044.

10. Counsel for Steven D. Ascani will be sent a check made payable to Ascani for the remainder of the Surplus.

11. The Defendants hereby agree to waive any all claims that they may have against the Plaintiff in regard to the Surplus.

12. The Clerk of the Court may distribute the Surplus in accordance with this stipulation.

13. Other than as set forth above, the parties shall bear their own costs and expenses in this matter.

Respectfully submitted,
Steven D. Ascani,
Defendant
By his Attorney,

/s/ Effie Gikas Tchobanian (by consent)
Effie Gikas Tchobanian, # 270295
Orlans PC
204 Second Avenue, Suiter 320
Waltham, Massachusetts 02451
(781) 790-7835
egikas@orlans.com

PLAINTIFF,
By its Attorney,

/s/ Jeffrey J. Hardiman
Jeffrey J. Hardiman, # 18519
Brock & Scott, PLLC
1080 Main Street, Suite 200
Pawtucket, Rhode Island 02960
(401) 217-2701
Jeffrey.hardiman@brockandscott.com

UNITED STATES OF AMERICA,
Defendant
By its Attorney,

/s/ Isabelle Dietz (by consent)
Isabelle Dietz
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
(202) 514-3714
Isabelle.Dietz@usdoj.gov

IT IS SO ORDERED, ADJUDGED, and DECREED:

_____
Judge Samantha D. Elliott
United States District Court

Dated: __September 28__, 2023