UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Federal National Mortgage Association

    v.

Steven D. Ascani, et al

Case No. 23-cv-181-SE

JUDGMENT

In accordance with the Endorsed Order by Clerk Daniel J. Lynch dated September 11, 2023, and the Orders by Judge Samantha D. Elliott dated September 28, 2023, October 19, 2023, and October 30, 2023, judgment is hereby entered.

By the Court:

_____
Daniel J. Lynch
Clerk of Court

Date: March 13, 2024

cc:  Counsel of record